NEW JERSEY POWER AND LIGHT COMPANY, PROSECU-
TOR, v. TOWN OF DOVER, IN THE COUNTY OF MORRIS,
IN THE STATE OF NEW JERSEY, EARL C. NELSON,
TAX COLLECTOR OF SAID TOWN OF DOVER, AND
MORRIS COUNTY BOARD OF TAXATION, DEFEND-
ANTS.

Argued May 6, 1941—Decided February 19, 1942.

Before BROGAN, CHIEF JUSTICE, and Justices CASE and
HEHER.

For the prosecutor, *Wall, Haight, Carey & Hartpence*
(*Thomas G. Haight* and *John A. Hartpence,* of counsel).

For the defendants, *Samuel C. Meyerson* and *Elmer S. King*
(*Edward R. McGlynn,* of counsel).

PER CURIAM.

These causes are ruled by the case of *Jersey Central Power
and Light Co.* v. *City of Asbury Park et al.,* 128 *N. J. L.* 141,
decided this day by this court; and there being no jurisdic-
tion in the Morris County Board of Taxation to entertain the
proceedings instituted by the tax collector of the defendant
municipality for the assessment of prosecutor's intangible
personal property for the purposes of taxation for the years
1939 and 1940, the orders denying prosecutor's motions to
dismiss the proceedings are therefore reversed, and the causes
are remanded to the end that the complaints be dismissed.